# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| **ANGEL CARTAGENA,** | ) | **CASE NO. 7:21cv00539** |
| **Plaintiff,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **ALLEY LOVELL,** *et al.*, | ) | **By:  Robert S. Ballou** |
| **Defendants.** | ) | **U.S. Magistrate Judge** |
| | ) | |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1.  The defendants' motion to dismiss, ECF No. 16, is **GRANTED**;

2.  Cartagena's motion for appointment of counsel, ECF No. 21, is **DENIED**; and

3.  The clerk will close the case.

Enter:  September 29, 2022

*/s/ Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge