IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

ANGEL CARTAGENA,

    *Plaintiff*,

    v.

ALLEY LOVELL, ET AL.,

    *Defendants*.

No. 7:21-cv-00539-RSB

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Angel Cartagena appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion (ECF 22), entered September 29, 2022, and the Final Order (ECF 23), entered September 29, 2022.

Respectfully submitted this 31 day of October, 2022.

    */s/ Davin Rosborough*
    Davin Rosborough (VA Bar No. 85935)*
    American Civil Liberties Union Foundation
    125 Broad Street
    New York, NY 10004
    703-380-0804
    drosborough@aclu.org

    Jennifer Wedekind*
    American Civil Liberties Union Foundation
    915 15th Street NW
    Washington, DC 20005
    202-548-6610
    jwedekind@aclu.org

\* representation of the American Civil Liberties Union Foundation is limited to proceedings before the Fourth Circuit Court of Appeals

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing Notice with the Clerk of Court for the United States District Court for the Western District of Virginia, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

> */s/ Davin Rosborough*
> Davin Rosborough (VA Bar No. 85935)
> American Civil Liberties Union Foundation
> 125 Broad Street
> New York, NY 10004
> 703-380-0804
> drosborough@aclu.org