FILED: October 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7279
(7:21-cv-00539-RSB)

_____

ANGEL CARTAGENA

      Plaintiff - Appellant

v.

ALLIE LOVELL, Director of all Secure Diversionary Treatment Program; T. DOWELL, Unit Manager of S.D.T.P. Unit A-1; B. KANODE, Warden of River North Correctional Center; KILBOURNE, Chief of Housing and Programming; DR. HAYNES, Psychiatrist over S.D.T.P. Unit; CHADWICK DOTSON, Director of Virginia Department of Corrections; DAVID ROBINSON, C.C.O. of the Virginia Department of Corrections; ERIC MADSEN, In charge of Institutional Classification; CARL MANIS, Regional Administrator of the Western Region

      Defendants - Appellees

------------------------------

PROFESSORS AND PRACTITIONERS OF PSYCHIATRY AND PSYCHOLOGY

      Amicus Supporting Appellant

_____

O R D E R

_____

The court grants the motion to withdraw Annie Chiang from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk